Case 2:17-cv-01571-AJS   Document 3   Filed 12/15/17   Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LYNDON DUNBAR, RACHEL
GNIEWKOWSKI

      Plaintiffs,

          v.

EVINE LIVE, INC,

      Defendant.

17cv1527
ELECTRONICALLY FILED

---

TOMMY BROWN,

      Plaintiff,

          v.

SNOW TIME INC,

      Defendant.

17cv1528
ELECTRONICALLY FILED

---

DECHARLEUNO TEAGAL, ROBERT
JAHODA

      Plaintiffs,

          v.

HAVERTYS FURNITURE COMPANIES,
INC.,

      Defendant.

17cv1532
ELECTRONICALLY FILED

TOMMY BROWN,

        Plaintiff,                      17cv1541
                                        ELECTRONICALLY FILED

        v.

SONOS, INC.,

        Defendant.

---

RACHEL GNIEWKOWSKI,

        Plaintiff,                      17cv1542
                                        ELECTRONICALLY FILED

        v.

PACIFIC GROUP RESORTS, INC.,

        Defendant.

---

TOMMY BROWN, DAVID NEW,

        Plaintiffs,                     17cv1545
                                        ELECTRONICALLY FILED

        v.

PEAK RESORTS, INC.,

        Defendant.

---

TOMMY BROWN,

        Plaintiff,                      17cv1551
                                        ELECTRONICALLY FILED

        v.

YETI COOLERS, LLC,

        Defendant.

TOMMY BROWN,

        Plaintiff,                             17cv1552
                                            ELECTRONICALLY FILED

               v.

GAIAM, INC.,

        Defendant.

---

RACHEL GNIEWKOWSKI,

        Plaintiff,                             17cv1558
                                            ELECTRONICALLY FILED

               v.

BLUEFLY, INC,

        Defendant.

---

TOMMY BROWN,

        Plaintiff,                             17cv1561
                                            ELECTRONICALLY FILED

               v.

COLDWELL BANKER REAL ESTATE,
LLC,

        Defendant.

---

TOMMY BROWN,

        Plaintiff,                             17cv1571
                                            ELECTRONICALLY FILED

               v.

BIDDING UNLIMITED INCORPORATED,

        Defendant.

TOMMY BROWN,

      Plaintiff,                              17cv1582

                                              ELECTRONICALLY FILED

          v.

RE/MAX, LLC.,

      Defendant.

---

ANTOINETTE SUCHENKO,

      Plaintiff,                              17cv1597

                                              ELECTRONICALLY FILED

          v.

FRAMEBRIDGE, INC.,

      Defendant.

---

ANTOINETTE SUCHENKO,

      Plaintiff,                              17cv1603

                                              ELECTRONICALLY FILED

          v.

REDFIN CORPORATION,

      Defendant.

---

ANTOINETTE SUCHENKO,

      Plaintiff,                              17cv1604

                                              ELECTRONICALLY FILED

          v.

SOCIAL FINANCE, INC.,

      Defendant.

ANTOINETTE SUCHENKO,

        Plaintiff,                      17cv1614
                                                ELECTRONICALLY FILED

        v.

KYLIE JENNER, INC.,

        Defendant.

---

ANTOINETTE SUCHENKO,

        Plaintiff,                      17cv1615
                                                ELECTRONICALLY FILED

        v.

EBAGS, INC.,

        Defendant.

## **ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 17-1528, 17-1532, 17-1541, 17-1542, 17-1545, 17-1551, 17-1552, 17-1558, 17-1561, 17-1571, 17-1582, 17-1597, 17-1603, 17-1604, 17-1614, and 17-1615 are hereby consolidated with Civil Action No. 17-1527, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 17-1527.

3. The Clerk of Court shall close Civil Action No. 17-1528, 17-1532, 17-1541, 17-1542, 17-1545, 17-1551, 17-1552, 17-1558, 17-1561, 17-1571, 17-1582, 17-1597, 17-1603, 17-1604, 17-1614, and 17-1615.

**SO ORDERED** this 15th day of December, 2017.

<u>s/Arthur J. Schwab</u>
Arthur J. Schwab
United States District Judge

cc: All ECF Registered Counsel of Record